### CARSON v. HOOD's executors.

#### Verdict.

If debt be brought against executors, on simple contract, it will be bad on demurrer, but if they plead to issue, they cannot afterwards make the objection.

After a verdict, it will be presumed, that everything was done at the trial, which was necessary to support the action, unless the contrary appear upon the record.

DEBT. Plea, *nil debet*. The principal point in this case was, whether debt would lie against executors, on a simple contract of the testator?

*Bradford*, for the plaintiff, stated the rule to be, that if the executors demur to the action, they are entitled to judgment; but if they plead to issue, they cannot, afterwards, make the objection; and the following authorities were cited to maintain the distinction. Cro. Eliz. 600, 557; Cro. Car. 187; Cro. Eliz. 121; 1 And. 182; Golds. 106; Leon. 165; Vaugh. 99; 1 Sid. 333; Plowd. 182; Palm. 32; Cro. Eliz. 435, 459; Yelv. 56; 1 Lev 200; 1 Vent. 139; Vaugh. 97.

THE COURT, being unanimously of this opinion, gave judgment for the plaintiff; having, on a preliminary point, decided, that after a verdict, the will presume everything was done at the trial, which was necessary to support the action, unless the contrary appeared upon the record. 3 Burr. 1725; 1729; 1 Wils. 225; 2 Str. 1180. (*a*)

---

(*a*) The proper title of this case is Carson *v.* Hood *et al.*, executors of Hood. The action was brought to September term 1788, and at July term 1789, the jury found a verdict for the plaintiff, with liberty to move for a new trial, on this ground, whether the action is supported by the evidence or not? A rule to show cause why a new trial should not be granted, was obtained by Mr. *Lewis*, but after argument, the court discharged the rule and gave judgment as above.